# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RESEA PROJECT APS** | § | **Civil Action 5:21-cv-01132** |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **RESTORING INTEGRITY TO THE** | § | |
| **OCEANS, INC. AND** | § | |
| **KIERAN KELLY** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## DECLARATION OF HENRIK BRECK

1.      My name is Henrik Breck.  I am of sound mind, over 18 years of age, and capable of submitting this declaration.  I submit this declaration in support of the Verified First Amended Complaint of Plaintiff ReSea Project ApS ("ReSea Project"), as well as ReSea Project's Emergency Application for Temporary Restraining Order and Preliminary Injunction and Motion for Expedited Discovery.  I am a co-owner of ReSea Project.  I am involved in ReSea Project's day-to-day operations.  In my role at ReSea Project, numerous ReSea Project employees report to me and I have access to ReSea Project's records.  Unless otherwise indicated, the statements in this declaration are within my personal knowledge and are true and correct.

2.      ReSea Project is a private limited company, duly formed and existing under the laws of Denmark and having a principal place of business and registered office in Herlev, Denmark.

3.      ReSea Project, a for-profit company, reclaims plastic from oceans and rivers to combat the ocean plastic crisis.

4.      ReSea Project reclaims plastic from oceans and rivers (including those around Indonesia), sorts it, and puts it into sacks.  ReSea Project then tags, weighs, and delivers the sacks to local waste banks that, in turn, distribute the material for further recycling and other waste management.

5.      One of the waste banks that ReSea Project has used in Indonesia is called Bahasa Utama.

6.      Customers enter into contracts with ReSea Project for the reclamation of a certain amount of plastics from the hydrosphere in exchange for a fee.  In partnering with ReSea Project,

customers can leverage their plastic-removal commitments to meet their individual sustainability goals and/or support their sustainable brand profiles.  One such ReSea Project customer is LCW Pty Ltd, a limited liability company incorporated under the laws of Australia and doing business as The Hidden Sea.

7.      ReSea Project has a tracing system in place that is backed by VeChain blockchain technology and is certified by DNV, the international accredited registrar and classification society that is headquartered in Høvik, Norway.  ReSea Project was the second organization in the world to be certified under DNV's standard for reclaiming plastic in the hydrosphere.  ReSea Project makes a true and correct copy of its DNV certification available on its website at https://www.reseaproject.com/dnv-certification.

8.      ReSea Project has a contract with DNV and has paid certain fees for DNV's initial evaluation, which was followed by periodic reviews and other associated fees.

9.      ReSea Project's certified tracing system is designed, in part, to help ensure that plastic material collected from a given water body is not mixed with other material after the initial bagging, up through delivery to local waste banks.

10.      Restoring Integrity to the Ocean, Inc. ("RIO") is a ReSea Project competitor.  Like ReSea Project, RIO has operations in Indonesia.  RIO identifies Kieran Kelly as its founder and chief executive officer.

11.      On or around September 11, 2021, an e-mail was sent to a generic ReSea Project e-mail address, info@reseaproject.com, by Mr. Kelly in which he stated:  "[RIO] collected lots of plastic with the last few months that was dumped into the rivers in bales and bags.  Hundreds of tons of this plastic is belong to ReSea [sic]. . . . Plus for some strange reason oil was added to the bags of plastic after it was collected."  A true and correct copy of that e-mail is attached as **Exhibit A-1** to this declaration.  Mr. Kelly also sent ReSea Project pictures and videos of the some of the bags at issue.  True and correct copies of the pictures sent to ReSea Project are as attached as **Exhibit A-2** to this declaration.

12.      ReSea Project attempted to make arrangements to retrieve samples of bags allegedly containing ReSea Project reclaimed plastic.  ReSea Project also requested the coordinates of the area(s) where RIO allegedly collected the bags.  True and correct copies of e-mails reflecting those efforts are attached as **Exhibit A-3**.  Resea Project never got access to any bags in RIO's possession, and RIO never provided ReSea Project any coordinates.

13.      ReSea Project investigated the allegations made by Mr. Kelly.  That investigation involved a review of data from ReSea Project's DNV-certified tracing system. In its ordinary course of business and using VeChain blockchain technology, ReSea Project collects, records, and monitors data at critical control points of the collection process, which provides real-time validation of the quantity of plastic collected and transported.

14. The data from ReSea Project's tracing system shows that the bags associated with the identification numbers in Mr. Kelly's photographs were properly delivered to the Bahasa Utama waste bank in or around August 2021. That data is accurately reflected in a report dated October 14, 2021 that was independently prepared by DNV as part of its own onsite, semi-announced audit of ReSea Project's operations.[1] A true and correct copy of that DNV report is attached as **Exhibit A-4** to this declaration.

15. I understand from my conversations with ReSea Project employees that ReSea Project's investigation led it to a recycling facility called PT Daur.

16. ReSea Project learned from PT Daur's chief executive officer, Febri Heryanto, that PT Daur —at Mr. Kelly's request—acquired bags of plastic previously reclaimed by ReSea Project from the Bahasa Utama waste bank, and that PT Daur sold those bags of plastic to RIO. A true and correct copy of an e-mail from Mr. Heryanto is attached as **Exhibit A-5** to this declaration.

17. Mr. Heryanto also provided copies of bank transactions that, according to Mr. Haryanto, reflect PT Daur's sale of reclaimed plastic to RIO during the months of July and August 2021. True and correct (but redacted) copies of those documents are attached as **Exhibit A-6** to this declaration.

18. In multiple e-mail exchanges, ReSea Project confronted Mr. Kelly and others at RIO with these findings. Notwithstanding ReSea Project's evidence to the contrary, RIO denied ever purchasing reclaimed plastic. True and correct copies of those e-mail exchanges are attached as **Exhibits A-7 – A-8** to this declaration.

19. Beginning in or around September 2021 and continuing through the present, RIO and Kelly have been posting false and negative information on their social media accounts about ReSea Project and its operations—including that ReSea Project is illegally dumping plastic into the hydrosphere, and that ReSea Project is intentionally adding foreign material (e.g., nets, rope, and oil) to bags of reclaimed plastic in order to increase their weight and, in turn, charge its customers for that added weight. In some of those posts, RIO and Mr. Kelly have "tagged" ReSea Project customers, including The Hidden Sea, along with numerous other individuals and organizations. I have reviewed the social media accounts for RIO and Mr. Kelly. True and correct copies of screenshots from RIO and Mr. Kelly's social media accounts are attached as **Exhibits A-9 – A-14**.

20. ReSea Project has, on several occasions, urged Mr. Kelly and RIO to remove their false allegations from their social media accounts and refrain from making additional false statements going forward.

21. Mr. Kelly and RIO have repeatedly refused.

[INTENTIONALLY LEFT BLANK]

---

[1] I understand from conversations with ReSea Project employees that Mr. Kelly made DNV aware of his allegations against ReSea Project. Due to Mr. Kelly's allegations, DNV conducted an onsite, semi-announced audit of ReSea Project's operations. ReSea Project incurred additional costs in connection with this audit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 11, 2022

_____

Henrik Breck

# EXHIBIT A-1

**Fra:** Kieran Kelly <kkelly@oceansintegrity.com>
**Sendt:** 11. september 2021 07:39
**Til:** Info@reseaproject.com
**Emne:** Ocean Plastic

Good morning from Jakarta.

We need to talk about the dumping of plastic and greenwashing. We collect over 2,675,000 kilos of plastic with the last few weeks. We collect plastic in multiple regions around the world. Mostly with indigenous fishermen in these regions. We collected lots of plastic with the last few months that was dumped into the rivers in bales and bags. Hundreds of tons of this plastic is belong to ReSea. The entire token programs will be badly damaged due to this dumping.

Please reach out on WhatsApp and I can show you this plastic.

Plus for some strange reason oil was added to the bags of plastic after it was collected. This of course is only creating a bigger environmental problem. We're sitting on 20 truck loads of this ReSea plastic.

+62 813 1668 1688

Best regards!

Kieran


--
Kieran Kelly
Chief Executive Officer
Restoring Integrity To The Oceans
PO Box 700734
San Antonio TX 78270
614-800-2165
+62-813-1668-1688
oceansintegrity.com

# EXHIBIT A-2







# EXHIBIT A-3

**Fra:** Kieran Kelly <kkelly@oceansintegrity.com>
**Sendt:** 20. september 2021 14:10
**Til:** Ann Sofie Gade <asg@reseaproject.com>
**Cc:** Keith Flitner <keith@oceansintegrity.com>; Claus Thorne Madsen <cth@packtech.dk>
**Emne:** Re: Bags of Plastics

Hi Ann,

We hire lots of fishermen to collect plastic and they deliver plastic to our warehouses. These plastic bags came from several locations including the bank of the river and delivered by trucks to our Tangerang warehouse. We also have bags of this in our South Jakarta warehouse.

I'm bring some of these bags to a laboratory in Jakarta to get it tested once I get over the injury of mine. So far we're putting together a report that we will make public once it's completed.

A list of the problems so far regarding the thousands of these bags that came to our warehouses. First of all your company is collecting plastic you claim to be from the ocean. Putting it into a seven kilo bag at least that's what it should weight, but it's like the miracle of the loafs and fishes. Are you familiar with this story from the bible ? Your bags weighed 35-40 kilos these bags should only hold 6-7 kilos of plastic.

1

Then you have new fishing nets in the bags that have been cut in perfect rectangle shapes, this was 100% staged. The local fishermen in Java are extremely poor and don't cut up fishing net then dump them into the Ocean. We have sent samples of this netting to net companies in Europe to get a report on the Netting and I'm 100% conferenced in with the finding will be.

Nets 50mm rope was also added to these bags, I was blown away with the fact all this rope was cut in 40 - 50 cm lengths. Again fairly new rope it all looks like it came from the same coil. This is extremely disturbing that someone would do this and again try to attack these Indigenous fishermen by making it look like they are responsible for the pollution in the Ocean.

Next one is one of the most serious issues, oil was added to the bags after the plastic trash was put into the bags. Dumping oil is illegal and a serious problem. Dumping bags of trash with Oil in them is a serious problem. Again we will get a lab report over the next few weeks regarding this.

You offered to buy this plastic from me last week so you could incinerate it. This again is a serious problem, I know you have no people living in Jakarta but we do and the health of the people on this island means a lot to me. I've become great friends with the people I work with and the families of them. While you drink cocktails in Copenhagen we work in these Indigenous villages and we won't be taking part in any form of burning of plastic.


We will take this now hazardous waste that was created and clean it up before recycling it. Keith will be in touch with you and I hope to be back in Jakarta to get these lab reports.

In the mean time I with you a pleasant day and let's be real about trying to clean our Ocean.

Kieran


On Monday, September 20, 2021, Ann Sofie Gade <asg@reseaproject.com> wrote:

> Hi Keith,
>
>
> Again, thank you for your reply over the weekend.
>
>
> Reading your email, I'm please to recognize that our organizations are fully aligned when it comes to valuing the importance of integrity within our shared work of ocean and river plastic collection.
>
>
> As mentioned, our certified process covers the tracking of our collection and handling of plastic to the point of delivering the plastic to waste banks.
>
>
> It is our understanding, that the bags in question have been handed in by us to the waste bank, then sold on to PT DAUR from who, you have purchased the bags.

After Kieran reached out, we have initiated an investigation to get to the bottom of the matter:

Therefore, we would like to pick up a few sample bags of the bags you say are containing added oil, nets, and ropes, and are weighing 35-40kg, from your warehouse to inspect the content. We would like to do this as soon as possible. May we arrange for pick up preferably tomorrow or another day during this week that suits you?

Also, will you please provide us with the coordinates/address for the dump site mentioned, so we can send a representative to inspect the site?

Lastly, we're offering to come and pick up the remaining ReSea labeled bags – the ones RIO cannot use - at your warehouse. We understand that the bags might be layered under other waste, so please let us know, when you have bags available for pick up.

I hope you will be able to help us with the above, so that we will be able to take the appropriate action that the situation requires.

Thank you.



**Ann Sofie Gade**

**Telephone**   +45 70 22 40 80      **ReSea Project**
**Direct**        +45 23 25 56 26      Virkeholm 3B
asg@reseaproject.com                    2730, Herlev

**www.reseaproject.com**              



**Trust & Transparency**
Collection process certified to DNV's Chain of Custody Standard for reclaimed plastic from the hydrosphere.

See more

**Fra:** Keith Flitner <keith@oceansintegrity.com>
**Sendt:** 19. september 2021 03:51
**Til:** Ann Sofie Gade <asg@reseaproject.com>
**Cc:** Kieran Kelly <kkelly@oceansintegrity.com>; Claus Thorne Madsen <cth@packtech.dk>; Rico Guerra <kking@oceansintegrity.com>
**Emne:** Re: Bags of Plastics

Hi Ann,

Thanks for your speedy email reply and action in Indonesia.  We are here to be part of the solution and recognize that "trust" and "Integrity" are needed for the long-term success of addressing this global environmental issue.

At RIO, we have recently installed cameras and an advanced tracking system in our collection locations (with Advanced Intelligence) to be proactive throughout all phases of the growing circular economy and avoid situations like these.  This complements well with our successful deep community collaborations for continuous plastic collection programs in Indonesia and India.

To be honest, we were disappointed and disheartened when we found your plastic because we had just seen an article talking about you/ReSea and your collaboration with VeChain and DNV's VETS certification.

In short, we would like to learn from you and expand our organization to better participate in the global circular economy.

In the meantime let's address and resolve the plastic that has escaped from your organization and improving the certification process that you have in place.  How best would you recommend we do this?

Best regards,

Keith

On Fri, Sep 17, 2021 at 2:54 AM Ann Sofie Gade <asg@reseaproject.com> wrote:

Hi Kieran,

Sorry to hear about you knee injury. I'm looking forward to hearing back from your COO as soon as possible. This is a very important matter to us, so we are hoping for a speedy resolution.

I can inform you that we have suspended the collaboration with the waste bank involved while we are investigating. So you will not receive more of our plastic through this waste bank.


Best regard




**Ann Sofie Gade**

**Telephone**   +45 70 22 40 80        **ReSea Project**
**Direct**         +45 23 25 56 26        Virkeholm 3B
asg@reseaproject.com                   2730, Herlev

**www.reseaproject.com**

 



---

**Fra:** Kieran Kelly <kkelly@oceansintegrity.com>
**Sendt:** 17. september 2021 01:40
**Til:** Ann Sofie Gade <asg@reseaproject.com>
**Cc:** keith@oceansintegrity.com
**Emne:** Re: Bags of Plastics


Hi Ann,


I tore my ACL so I'm back in Bali for rehab for a few weeks. I attached RIO COO and he will be in touch with you regarding this


Best regards!


Kieran

On Tuesday, September 14, 2021, Ann Sofie Gade <asg@reseaproject.com> wrote:

Hi Kieran,

I have seen your WhatsApp message. To follow up on your message:

We want to get to the bottom of this matter as soon as possible so that we can take action.

Therefore we would like to pick up a few sample bags of the bags you say are containing added oil, nets and ropes, and are weighing 35-40kg, from your warehouse to inspect the content. We would like to do this as soon as possible. May we arrange for pick up tomorrow or alternatively one of the coming days?

Also will you please provide us with the coordinates/address for the dump site you mentioned, so we can send a representative to inspect the site?

Lastly we're offering to come and pick up the remaining ReSea labeled bags – the ones RIO cannot use - at your warehouse. We understand that the bags might be layered under other waste, so please let us know, when you have bags available for pick up.

Thank you.

Best regards

**Ann Sofie Gade**

**Telephone** +45 70 22 40 80
**Direct** +45 23 25 56 26
asg@reseaproject.com

**ReSea Project**
Virkeholm 3B
2730, Herlev

**www.reseaproject.com**

6



**Fra:** Ann Sofie Gade
**Sendt:** 13. september 2021 15:28
**Til:** Kieran Kelly <kkelly@oceansintegrity.com>
**Cc:** Claus Thorne Madsen <CTH@packtech.dk>
**Emne:** Bags of Plastics

Hi Kieran,

Thank you for the meeting.

To recap the conversation these are the points we discussed and agreed on:

- RIO to send a number of sample bags to ReSea from your warehouse, so we can inspect the content of the bags regarding oil and nets. We are also more than happy to come and pick up the bags at your warehouse if that is easier for you? If you prefer sending it we will provide you with an address for delivery
- RIO to provide the coordinates /address for the dump site mentioned, so we can send a representative to inspect the site. Please send us the coordinates/address as soon as possible.
- ReSea offers to come and pick up the ReSea labeled bags – the ones RIO cannot use - at the RIO ware house. We understand that the bags might be layered under other waste, so please let us know, when you have bags available for collection.

Again thank you for your time today. Look forward to hearing from you again tomorrow, when you have had time to discuss with your team. And please reach out if you have anything else you would like to discuss.

Best regards



**Ann Sofie Gade**

**Telephone** +45 70 22 40 80      **ReSea Project**
**Direct**    +45 23 25 56 26      Virkeholm 3B
asg@reseaproject.com            2730, Herlev

**www.reseaproject.com**



--
Kieran Kelly
Chief Executive Officer
Restoring Integrity To The Oceans
PO Box 700734
San Antonio TX 78270
614-800-2165
+62-813-1668-1688
oceansintegrity.com


--
Kieran Kelly
Chief Executive Officer
Restoring Integrity To The Oceans
PO Box 700734
San Antonio TX 78270
614-800-2165
+62-813-1668-1688
oceansintegrity.com

# EXHIBIT A-4

**Confidential document withheld pending the entry of a protective order.  Upon the entry of such an order, Plaintiff will file a sealing motion pursuant to W.D. Tex. local rules.**

# EXHIBIT A-5



Re: Info meeting follow-up

Febri Heryanto <febri@daurindonesia.com>
Til  Ann Sofie Gade

ti 21-09-2021 09:20

(i) Opfølgning.  Start 21. september 2021.  Forfalder senest 21. september 2021.
Du videresendte denne meddelelse den 05-10-2021 11:47.
Hvis der er problemer med visningen af meddelelsen, kan du klikke her for at få vist den i en webbrowser.

Hi Ann Sofie,

Sorry for the late reply.

Please find the supporting proof that might be useful for Resea in this folder.

*As for the brief timeline, it all started about 3 months ago.*
*Kieran asked me whether I can provide the plastic waste for them and then I approached Mr. Mansur about that.*
*At first Mansur refused to send those plastic trash to me. After few persuasion efforts done by me, I brought Mansur to RIO's warehouse and heard about RIO's plan to recycle them, Looking by his own eyes and heard about RIO's future plan regarding what they would do with those plastic waste, finally Mr. Mansur agreed to send those waste to me (DAUR).*

At this moment, after hearing what RIO did to Resea. I immediately terminated our collaboration and refused to cooperate on what RIO is currently pursuing.

I hope this email will give you enough clarification.

This confidential information that I shared is a form of my good faith and full support to Resea.

Thanks and Best Regards

**Febri Heryanto (DAUR)**

# EXHIBIT A-6

# Account Portfolio - Transaction Inquiry

Account Number : ▮▮▮▮▮▮▮▮
Name            : DAUR ALAM UNTUK RESTORAS
Period          : 01/07/2021 - 31/07/2021
Currency Code   : Rp

| Transaction Date | Description | Branch | Amount |
|---|---|---|---|
| 01/07 | TRSF E-BANKING CR 0107/FTSCY/WS95051 ▮▮▮▮▮ plastik payment  INDONESIAN OCEAN I | 0497 | ▮▮▮▮▮▮▮ CR |
| 08/07 | TRSF E-BANKING CR 0807/FTSCY/WS95051 ▮▮▮▮ plastic payment  INDONESIAN OCEAN I | 0497 | ▮▮▮▮▮ CR |
| 08/07 | TRSF E-BANKING CR 0807/FTSCY/WS95051 ▮▮▮▮▮ plastic payment  INDONESIAN OCEAN I | 0497 | ▮▮▮▮▮ CR |
| 22/07 | TRSF E-BANKING CR 2207/FTSCY/WS95051 ▮▮▮▮▮ plastic payment  INDONESIAN OCEAN I | 0497 | ▮▮▮▮▮ CR |
| 30/07 | TRSF E-BANKING CR 3007/FTSCY/WS95051 ▮▮▮▮▮ plastick payment  INDONESIAN OCEAN I | 0497 | ▮▮▮▮▮▮ CR |
| 30/07 | TRSF E-BANKING CR 3007/FTSCY/WS95051 ▮▮▮▮▮ plastic payment  INDONESIAN OCEAN I | 0497 | ▮▮▮▮▮ CR |

# Account Portfolio - Transaction Inquiry

**Account Number** : ▮▮▮▮▮▮
**Name** : DAUR ALAM UNTUK RESTORAS
**Period** : 01/08/2021 - 31/08/2021
**Currency Code** : Rp

| Transaction Date | Description | Branch | Amount |
|---|---|---|---|
| 05/08 | TRSF E-BANKING CR 0508/FTSCY/WS95051 ▮▮▮▮ plastic payment  INDONESIAN OCEAN I | 0497 | ▮▮▮▮ CR |
| 16/08 | TRSF E-BANKING CR 1408/FTSCY/WS95051 ▮▮▮▮ plastic payment  INDONESIAN OCEAN I | 0497 | ▮▮▮▮ CR |
| 23/08 | TRSF E-BANKING CR 2008/FTSCY/WS95051 ▮▮▮▮ Plastic payment  INDONESIAN OCEAN I | 0000 | ▮▮▮▮ CR |
| 27/08 | TRSF E-BANKING CR 2708/FTSCY/WS95051 ▮▮▮▮ febry plastic  payment INDONESIAN OCEAN I | 0497 | ▮▮▮▮ CR |

# EXHIBIT A-7

**Fra:** Keith Flitner <keith@oceansintegrity.com>
**Sendt:** 21. september 2021 21:51
**Til:** Søren Marcussen - Reseaproject <sma@reseaproject.com>
**Cc:** kkelly@oceansintegrity.com; Philip.English@arentfox.com; Ann Sofie Gade <asg@reseaproject.com>
**Emne:** Re: Bags of Plastics

Dear Mr. Marcussen,
Thank you for taking ownership of this and it's a pleasure to meet you via email.

We had sent an email to Ann roughly 30 minutes before your long email below and neither the facts nor your tone reflect the genuine nature behind this discussion.

Please review all the information your team has been provided to get a clearer picture of the situation that we both find ourselves in. The addition of your false claim of purchasing plastic to imply that we are anything other than a hands on front line plastic waste recovery operation should stop immediately as well.

Yes, we should meet and talk thru these obvious growing pains your that organization is experiencing.  As noted, Keiran suffered a knee injury just as this unfolded - he is getting medical care and is more than willing to meet with your team (DNV included) as previously indicated as soon as possible.

Thanks and best regards,

Keith

Keith G Flitner
COO RIO - Ocean Integrity

1

+1(949)861-1079 (Cell)
https://oceansintegrity.com/

On Sep 21, 2021, at 6:32 AM, Søren Marcussen - Reseaproject <sma@reseaproject.com> wrote:

Dear Kieran,

We haven't been introduced before but I'm writing to you in my capacity as the CEO of ReSea.

I have been briefed about your inquiry and allegations. Please rest assured that we take this very serious and have taken all appropriate measures to get to the bottom of this.

Both our organizations have the same ambition – a plastic free ocean! Alone this year (January-August 2021), we have removed 852,880 kg of plastic waste in the ocean and rivers of Indonesia – an incredible amount that have been certified by DNV. This is only possible based on trust and transparency where we offer the highest level of traceability with our certified cleanup process and blockchain-based tracking system. Our certified process starts with the collection, sorting and weighing-in at the waste bank. What happens after this, is not part of our certification. We are keen to work with any organization, that share our ambition.

You claim that our plastic waste has been found on dump sites, in the river and on the bank of the river. This is a very serious allegation. Our investigation shows no evidence of this. Instead, we have learned, that your company has actually purchased our plastic waste through PT DAUR; thousands of bags. Plastic that we have collected in rivers and in the ocean. We have documentation of bank transactions from your company to prove this as well as pictures/videos to support this. Based on the pictures you have provided, we can see some of the tags on the bags, that confirm who collected the plastic waste, where it was handed in for weighing and then sold onto you through PT DAUR. If any illegal dump sites exist with our plastic waste, we once again urge you to provide the coordinates/address and we will send a representative for inspection. I can assure you that we do not dump plastic anywhere and our collected plastic waste is handled by LEA and waste banks in line with our DNV certification.   In fact we traced the bags in question (through the tags) back to the waste bank who have handled it, why we with certainty know, that they have not been dumped by ReSea.

You also claim, that our plastic waste contains added oil, nets, and ropes and 35-40 kg/ bag. This is also a very serious allegation. Our investigation shows no evidence of this. Each single bag is tagged and can be traced back to the weighing, the individual fisherman and the location where the plastic waste was collected. Our quality control during weighing-in has not detected any of the problems you are claiming. If someone wanted to cheat, then oil, fishing nets and ropes are far more expensive and rare materials than debris, dirt and leaves - we simply can't see how this makes any sense. To get to the bottom of this, we once again urge you to provide us with a few samples of the bags and we will go through our documentation trail in where we have full visibility of each bag.

I can assure you that we consider the local environment in the places we work carefully and treat everyone we work with respectfully. Our business philosophy is far from how you describe it. We are deeply involved with a local presence, so when you claim we have no local people living in Jakarta, it is obviously not correct. Our health and safety as well as employment conditions are actually part of the DNV certification.

2

I find your approach very aggressive and not in any way in line with how I would approach such a matter. You accuse us, give us no chance to look into it the details of your accusations and threatens us with publications of something you won't even prove to us. I find such an approach very unprofessional.

Please allow me to underline that we have offered a number of specific actions (also mentioned above) – but have not received any response to. We have invested heavily in control (DNV, etc.) and I struggle to understand why we are not allowed to investigate properly whether we can be blamed for something or have committed mistakes. In this regard, I kindly also note that should you choose to publicize issues or problems that are false, insufficiently documented or deliberately exaggerated, we will of course reserve our right to pursue the liability for any damage, such incorrect information might cause to our brand or company.

I kindly ask you to re-consider your approach and hope that we can look into things together to get to the bottom of your accusations. If we are truly on the same mission there might even be a way for us to corporate which hopefully allow us to remove even more plastic waste.  Are you available for a call to talk this over?

Best regards,

Søren Marcussen

**Søren Marcussen**
CEO

**Telephone**   +45 36 17 90 18          **ReSea Project**
**Direct**         +45 38 41 22 76          Virkeholm 3B
sma@packtech.dk                              2730, Herlev

**www.reseaproject.com**

# EXHIBIT A-8

| | |
|---|---|
| **From:** | Søren Marcussen - Reseaproject <sma@reseaproject.com> |
| **Sent:** | Wednesday, September 22, 2021 7:36 AM |
| **To:** | Kieran Kelly; keith@oceansintegrity.com |
| **Cc:** | Ann Sofie Gade |
| **Subject:** | SV: Bags of Plastics |

Dear Kieran and Keith,

Thank you for both of your e-mails. Kieran, I hope you will have a speedy recovery.

We are handling this case very seriously and truly want to get to the bottom of it as I am sure that we both want to do the best possible job of taking plastic waste out of the sea. We clearly see things differently and we still find your repeated claims undocumented. These claims are extremely serious allegations and it makes us frustrated that you keep repeating them not wanting to document anything.

For your understanding; we have full traceability of the plastic we collect due to a complex (and DNV-certified) system. We know exactly how many kilos we deliver to a waste bank, how many kilos delivered to Living Environment Agency (LEA) and also in this case that part of this specific waste is sold to PT Daur and even sold on to you.

We are very interested in having a dialogue with RIO, but you must:

- Stop making undocumented claims against us.
- Allow us to inspect the bags containing oil and fishing nets that you claim is ours.
- Allow us to inspect the dump site your refer to.


Concerning the allegations you hold against us I will comment them once more:

- We certainly do not dump any bags at riverbanks, at illegal dump sites etc. The ReSea bags in your possession seems to have been purchased through PT DAUR and we have documentation to prove this. We have offered to inspect the dump site you are referring to several times now, but you keep refusing this. Our only interest is to get to the bottom of all this, and as we can track our bags it will be valuable information for us to get access to the area in which you claim you have found ReSea bags dumped. **Will you please provide the location/coordinates?**

- To claim we don't have people in Indonesia is obviously completely wrong. We have offered several times to pick up bags from your warehouse to inspect and analyze them. If we can come to your warehouse, you will meet some of them. **Are you OK that we come to your location and pick up some bags to inspect and analyze?**

- We have not added oil to our bags. We don't dispute that you are in possession of bags where oil have been added – we only dispute these are our bags or that oil has been added when the bags were in our possession. We have offered several times to pick up bags from your warehouse for inspection. Our traceability system will provide the needed transparency as we can track every single bag.

- Our blockchain is audited by DNV. The chain of custody stops with the weighing-in to Living Environment Agency (LEA) and waste banks. To claim that we have lost custody of the plastic is wrong. It has been sold by the waste bank to PT DAUR and onto you, and we have documentation to prove this.

1

- We have full trust in our corporation with Living Environment Agency (LEA) and are confident that they handle the plastic waste we deliver to them, in the best possible way given the circumstances – also when this involved incineration or landfills.

- We are not blaming fishermen for dumping nets into the ocean. We don't dispute that you are in possession of bags with fishing nets – we only dispute that these are our bags or that nets have been added being in our possession. It makes absolutely no sense to add fishing nets to our bags as the value of the nets are far beyond what we pay for the plastic waste. Furthermore, if a fisherman is caught in adding none-allowed content to their bags, this can lead to termination hence this is not something we have encountered.

- Your organization is indeed familiar with PT DAUR (just look at your bank transactions on 16/08, 23/08, 27/08 to give a few examples). We have pictures and video documentation to prove our point.
  PT DAUR is certainly not a fishing company but a waste management company, so buying from them is not being a front line plastic waste recovery operation. PT DAUR have sold you some of the plastic we have collected in the ocean and in rivers.

We have offered several specific actions to get to the bottom of this situation, but we haven't received any response from you other than a repetition of your accusations. We have invested heavily in different controls, procedures etc. (our DNV certifications is an example of this) and I struggle to understand why you won't allow us to investigate your accusations properly.

As a company we believe in integrity, honesty and making a positive difference for the world's oceans by removing plastic waste from our water ways. We have invested heavily into this and we are proud of what we are doing and what we have achieved. If your company is truly on a journey to protect the environment in line with what ReSea does, in line with our moral and ethics, we should talk to each other and see if we can support each other. I must underline though, should you choose to publicize issues, accusations or problems that are false, insufficiently documented or deliberately exaggerated, we will reserve our full right to pursue the liability for any damage, such incorrect information might cause to our brand or company.

I'm looking forward to hear from you. Are you available for a call tomorrow? Please let me know when.



**Søren Marcussen**
CEO

**Telephone**  +45 36 17 90 18      **ReSea Project**
**Direct**      +45 38 41 22 76      Virkeholm 3B
sma@packtech.dk                      2730, Herlev

**www.reseaproject.com**     

---

**Fra:** Kieran Kelly <kkelly@oceansintegrity.com>
**Sendt:** 22. september 2021 02:04
**Til:** Søren Marcussen - Reseaproject <sma@reseaproject.com>
**Emne:** Re: Bags of Plastics

Good morning Soren,

Right now I'm not at work due to a injury, but I'll be back in Jakarta within the next few weeks.

Hundreds of your bags showed up on the river bank thousands more arrived to our warehouse on trucks.

To say you have carried out a investigation on this, you don't even have anyone in Indonesia is a joke.

We have bags gone to be tested and it's easy to see how oil was added to these bags, that's a fact

Regarding the weight of the bags that's something else, but these woven bags should only weight 6-7 kilos and yours weight 35-40 kilos again another fact.

A person can put whatever numbers you like on a blockchain it's meaningless unless it's audited properly. Once you lost custody of the plastic and not handling after this caused this problem I think.

Incinerating plastic is not the answer and it's causing another massive environmental problem. The dumping it a landfill or someplace else

The nets in the bags are also a problem, it's very unfair to be blame indigenous fishermen for dumping nets into the ocean. Sample of the netting is being sent to two of the largest net companies in the world. One in Denmark and one in Ireland the netting was cut into rectangular panels. The netting is new and it doesn't make any sense when this was done.

Hundreds of bags of plastic was dumped in Tangerang these bags like lots of them had lots a clean black oil in the bags. We only want to get to the bottom of this and make sure this doesn't happen again. Lots of different PT fishing companies drop off plastic to us so the names mean nothing to me.

We have thousands of bags belonging to you that haven't been opened yet and for the most part are buried with other plastic. Once I get back I'll have my team dig it all out and figure out a way to do something with it.

I've no idea what happened and who within your company dumped the plastic on the river bank.

Let the two of us today


Best regards!

Kieran

On Tuesday, September 21, 2021, Søren Marcussen - Reseaproject <sma@reseaproject.com> wrote:

> Dear Kieran,
>
>
> We haven't been introduced before but I'm writing to you in my capacity as the CEO of ReSea.
>
>
> I have been briefed about your inquiry and allegations. Please rest assured that we take this very serious and have taken all appropriate measures to get to the bottom of this.
>
>
> Both our organizations have the same ambition – a plastic free ocean! Alone this year (January-August 2021), we have removed 852,880 kg of plastic waste in the ocean and rivers of Indonesia – an incredible amount that have been certified by DNV. This is only possible based on trust and transparency where we offer the highest level of traceability with our certified cleanup process and blockchain-based tracking system. Our certified process starts with the collection, sorting and weighing-in at the waste bank. What happens after this, is not part of our certification. We are keen to work with any organization, that share our ambition.

You claim that our plastic waste has been found on dump sites, in the river and on the bank of the river. This is a very serious allegation. Our investigation shows no evidence of this. Instead, we have learned, that your company has actually purchased our plastic waste through PT DAUR; thousands of bags. Plastic that we have collected in rivers and in the ocean. We have documentation of bank transactions from your company to prove this as well as pictures/videos to support this. Based on the pictures you have provided, we can see some of the tags on the bags, that confirm who collected the plastic waste, where it was handed in for weighing and then sold onto you through PT DAUR. If any illegal dump sites exist with our plastic waste, we once again urge you to provide the coordinates/address and we will send a representative for inspection. I can assure you that we do not dump plastic anywhere and our collected plastic waste is handled by LEA and waste banks in line with our DNV certification.   In fact we traced the bags in question (through the tags) back to the waste bank who have handled it, why we with certainty know, that they have not been dumped by ReSea.

You also claim, that our plastic waste contains added oil, nets, and ropes and 35-40 kg/ bag. This is also a very serious allegation. Our investigation shows no evidence of this. Each single bag is tagged and can be traced back to the weighing, the individual fisherman and the location where the plastic waste was collected. Our quality control during weighing-in has not detected any of the problems you are claiming. If someone wanted to cheat, then oil, fishing nets and ropes are far more expensive and rare materials than debris, dirt and leaves - we simply can't see how this makes any sense. To get to the bottom of this, we once again urge you to provide us with a few samples of the bags and we will go through our documentation trail in where we have full visibility of each bag.

I can assure you that we consider the local environment in the places we work carefully and treat everyone we work with respectfully. Our business philosophy is far from how you describe it. We are deeply involved with a local presence, so when you claim we have no local people living in Jakarta, it is obviously not correct. Our health and safety as well as employment conditions are actually part of the DNV certification.

I find your approach very aggressive and not in any way in line with how I would approach such a matter. You accuse us, give us no chance to look into it the details of your accusations and threatens us with publications of something you won't even prove to us. I find such an approach very unprofessional.

Please allow me to underline that we have offered a number of specific actions (also mentioned above) – but have not received any response to. We have invested heavily in control (DNV, etc.) and I struggle to understand why we are not allowed to investigate properly whether we can be blamed for something or have committed mistakes. In this regard, I kindly also note that should you choose to publicize issues or problems that are false, insufficiently documented or deliberately exaggerated, we will of course reserve our right to pursue the liability for any damage, such incorrect information might cause to our brand or company.

I kindly ask you to re-consider your approach and hope that we can look into things together to get to the bottom of your accusations. If we are truly on the same mission there might even be a way for us to corporate which hopefully allow us to remove even more plastic waste.  Are you available for a call to talk this over?

4

Best regards,


Søren Marcussen




**Søren Marcussen**
CEO

**Telephone**   +45 36 17 90 18          **ReSea Project**
**Direct**          +45 38 41 22 76          Virkeholm 3B
sma@packtech.dk                               2730, Herlev

**www.reseaproject.com**          


--
Kieran Kelly
Chief Executive Officer
Restoring Integrity To The Oceans
PO Box 700734
San Antonio TX 78270
614-800-2165
+62-813-1668-1688
oceansintegrity.com

# EXHIBIT A-9



**RIO :- Restoring Integrity to the Oceans**   ···
4 t. · ◎

End the Ocean Bound Plastic Program.

Stop Greenwashing and shame on ReSea

This is the first of multiple videos we will post over
the next few months regarding this problem. We will
post several lab reports over the next two weeks
regarding how ReSea sold plastic credits and
dumping the plastic shortly afterwards.

We had some conversations with ReSea & asked
them if they are concerned over this plastic ending
up in a RIO warehouse and they said they are audited
only for the plastic collections and after that it's no
concern of ReSea.

Oil was clearly added to the bags, water plus rocks
was also added to the bags.

# EXHIBIT A-10

RIO is a environmental company and this disgusting practice needs to end. I spoke with the DNV recently about collections of plastic and how does this work. They said on five occasions on this call that trust is a major part of the DNV's program ???

You can see how the trust is working ?

VeChain is a partner of ReSea and quickly distanced itself from ReSea after this was highlighted

ReSea parent company is a larger packaging company from Denmark and this is nothing short of corporate greenwashing



# EXHIBIT A-11

**RIO Ocean Integrity**
October 7, 2021 · ⊙

A few weeks ago we posted a story on LinkedIn calling out a so called environmental company called the ReSea Project.

This company was collecting plastic in North Jakarta and they claimed they were supporting local fishermen in Indonesia by doing so.

ReSea is actually owned by a massive packaging, pharmaceutical, clothing company in Denmark called Tech Pack.

This company was engaged in massive corporate fraud and is now being investigated into the Ocean Plastic scam they are involved in.

I received multiple treats of legal action as we exposed them. The last thing RIO needs is a legal problem with a multi billion dollar company. But we will take them on and take them down.

They added fishing nets plus rope to bags of plastic to make the collected plastic look like it came from Indigenous Fishermen. This I couldn't let go and then the gloves came off.

I find it absolutely disgusting that a massive European company would do such a thing and try make these amazing people look bad.

ReSea also sold plastic credits by fraudulently increasing the weights of this plastic by adding oil and water. The blockchain crypto company VeChain was used for creating these tokens and I believe VeChain is still working with them.

We have absolutely no intention of backing down from this environmental company and we will continue to help with the investigation into them.

We support the Fishing communities globally and everyone involved in ocean cleanup work globally.

The Corporate greenwashing by this European multinational company has to stop. We are thankful for the support from many environmental organisations and companies involved in the plastic industry.

Remember we have only one Ocean and we must ❤️ it

The only people that can truly clean our Ocean on a industrial scale is the very people that work on it to make a living on a daily basis.

This Multinational company is really not interested in a clean Ocean it is only interested in massive Corporate profits.

We will clear the name of the Indonesian Indigenous Fishermen that ReSea tried to tarnish. We have the Fisherman's backs and we will always support them.

We will have a live internet feed of more of these bags belonging to ReSea opened next week and we will again have independent auditors taking part in this.

The first reports coming back from such companies backs the claims that RIO has made against ReSea.

If you operate in Indonesia please show respect to the people of this wonderful country.

Shame on ReSea and it's parent company for doing the opposite.

#stopgreenwashing #reseaproject

Kieran Kelly
CEO RIO



# EXHIBIT A-12



**RIO Ocean Integrity** was live.

October 15, 2021 · 🌐

Please share and expose this Fraudulent Company

Shame on ReSea for greenwashing and polluting in Indonesia. Same on you for staging collections trying to make indigenous fishermen in Indonesia look bad.

Putting oil into bags of plastic to make bags heavier is nothing short of Fraud.

Bags that should have a weight of 5-7 kilos ReSea bags are full of oil, rock and netting and they've increased the weight to 35-40 kilos after months the bag in the video still had a weight of 20 kilos.

ReSea then used a blockchain called VeChain to register this weight and sold the plastic offsets for €8 per kilo.

Below is a link of the parent company of Resea

https://www.linkedin.com/company/pack-tech-a-s

Danish Refugee Council Danish News The Danish Pioneer Newspaper Danish Fashion Danish police Danish politics Danish printing press Vechain News VeChain DNV Live Nation Denmark Sony Music Denmark Go VisitDenmark Embassy of Denmark in Indonesia newsbreak.dk Denmark News.Net Min By News - Viborg Hadsund News Sal-Tech Easy Packaging Joka Packaging ApS Copa Coca-Cola Erie News Now GoErie.com | Erie Times-News Erie Insurance JET/FOX/YourErie News24 Fox News ARY News YAN News Dunya News Sky News CNN International River Cleanup Extra News Irish Embassy Jakarta U.S. Embassy - Jakarta, Indonesia New Zealand Embassy - Jakarta, Indonesia The Jakarta Post Pacific Place Jakarta The Jakarta Globe Gen 98.7 fm Jakarta Dinas Lingkungan Hidup DKI Jakarta The Japan Foundation, Jakarta Four Seasons Hotel Jakarta Jakarta Records HKTDC Jakarta Greenpeace International Greenpeace USA One Green Planet OceanX





**Jimmy Kelly** · 1:26
Keep up the good work Kieran...keep exposing these corporate hoods. ···
Like · Reply · 11w

**Jean Owen** · 7:21
OMG absolutely terrible ! ···
Like · Reply · 11w

**Sara Dillon** · 6:38
Well done Kieran ···
Like · Reply · 11w

**Catherine O Donovan** · 2:40
Well done Kieran, the world needs more people like you! Really proud to know you ···
xx
Like · Reply · 12w

    **RIO Ocean Integrity** · 0:00
    Catherine O Donovan disgraceful bunch of people, a massive company ···
    disguised as a environmental company. Attacking local fishermen by staging
    these collections we won't let go
    Like · Reply · 12w
    ↳ View 1 more reply

**John Matheson**
What a disgrace of a company well done for highlighting what they are doing ···
Like · Reply · 12w

**Jane Percival** · 5:10
Well said Kieran... super proud of you x ···
Like · Reply · 12w

**Dan Jordan** · 1:04
Good on you Kieran for exposing this. ···
Like · Reply · 12w
↳ 1 Reply

# EXHIBIT A-13



**Kieran Kelly** • 3rd+
CEO at Ocean Integrity
3mo • Edited • 🌐

**+ Follow**

Shame on ReSea for greenwashing and polluting in Indonesia. Same on you for staging collections trying to make indigenous fishermen in Indonesia look bad.

Putting oil into bags of plastic to make bags heavier is nothing short of Fraud.

Bags that should have a weight of 5-7 kilos ReSea bags are full of oil, rock and netting and they've increased the weight to 35-40 kilos after months the bag in the video still had a weight of 20 kilos.

ReSea then used a blockchain called VeChain to register this weight and sold the plastic offsets for €8 per kilo.


This attachment is of the parent company of ReSea https://lnkd.in/g4nziJXP

Tom Jackson Tom Harwood Ambassador Nicholle Christine Edwards Almuth Siegl Grainne Dolan Keith Flitner, MBA, PMP Dan Jordan Rico Jorge Guerrero Hannah Duncan H Fisk Johnson Harvard Business Analytics Program University of California, Los Angeles Baylor University Business Insider Boston College University of California, Berkeley VeChain Tech Ted DellaVecchia Danone Dow DHL San Diego State University Ems B. Effie H. Aristo Purboadji ERM: Environmental Resources Management Environmental Leadership Program Fabian Garcia Dr.Geetha Plackal GE GE Renewable Energy General Motors DNV VeChain Tech Kieran Hill Kirkland & Ellis Logistics Plus Inc. Flemming Nordsøtrawl Sam Martin Zion Armstrong Copenhagen Offshore Partners Copenhagen Infrastructure Partners Copenhagen Business School Copenhagen Business School - MBA Programmes HUONE Copenhagen Meeting and Event Venue Digital Copenhagen Digital Copenhagen Danish Crown Danish Clean Water A/S K. R Danish. News Channel Polar Seafood Denmark Denmark KPMG Denmark DFDS Denmark Young Professionals in Denmark Denmark SailGP Team AWA Denmark GTE Denmark The Hidden Sea Wine Kneipp USA Kneipp Kneipp Benelux Stoli® Group Jeanne Puspita Jean-Philippe AUCHER Pack Tech A/S





**Kieran Kelly** Author                                      2mo •••
CEO at Ocean Integrity

The Hidden Sea Wine do you really support this fraudulent company ?

Like  |  Reply



**Kieran Kelly** Author                                 2mo (edited) •••
CEO at Ocean Integrity

VeChain Tech are you worried that your company is involved in a massive corporate fraud that was carried out by ReSea ? If not please advise why not ?

Like  |  Reply



**Kieran Kelly** Author                                      2mo •••
CEO at Ocean Integrity

DNV when on a call with you, you said the Auditing of ReSea wasn't a physical aduit. You said it is all about trust and trust is a massive part of the Auditing process that you carried out on ReSea. ReSea claims you audited them if so why did you sign off on the weights of these bags ? We deserve to know the trust and the involvement of the DNV in this scam ? 😡

Like  |  Reply



**Kate Bennett** • 3rd+                                        2mo (edited) •••
Sustainability & Impact Strategist | ESG & Sustainable Finance Advisor | ...

This is horrifying. Thank you for calling it out Kieran Kelly. This is not
greenwashing - this is well beyond that. This is (as you say) pure fraud,
and it's horrifying to think that this is happening on a grand scale and
creating even more challenges for developing countries to address. I
wish you all the best in fighting this and bringing those responsible to
justice.

Does make you wonder how blockchain data is verified and assured
on entry - sounds like there are zero checks and balances to ensure
the integrity of data behind these tokens. Jason Potts - very keen to
get your insights on this one. Does the blockchain not require some
form of data integrity/assurance check on entry? No point in entries
being immutable if they are completely bogus. 

Like · 🔵 4 | Reply · 1 Reply

**Kieran Kelly** [Author]                                        2mo •••
CEO at Ocean Integrity

Yes it's crazy almost eight million euros worth of Tokens and
the entire program is a scam. We will publish the reports from
the independent auditing company and the government
auditing company over the next few weeks. It's sad to see
VeChain not coming out and distancing themselves from this
fruad. ReSea is owned by a massive packaging company and
only took part in this program to Greenwash. Greed kicked in I
guess as the tokens were issued. The DNV auditing company
was meant to audit ReSea, but they claimed that after building
up trust with companies this was a major part of the auditing
they carried out. The DNV are equally to blame to allow this to
happen.

Like | Reply

# EXHIBIT A-14

**RIO Ocean Integrity**
1d · @

Please take a moment to watch and share this.

The tokenisation of plastic to help clean our ocean is something that is necessary and it's the only way to pay for this International cleanup.

What could go wrong one would ask ?

We opened bags of plastic belonging to ReSea Project earlier this week with independent auditing companies and overseen by independent observers. 👀

Who is ReSea you might ask ? 🤷🤷🤷🤷🤷

ReSea is a environmental company that was set up to greenwash a plastic company called Pack Tech based in Denmark.dk

Pack Tech is no stranger to these environmental scams. In January 21 2021 they released a Press release admitting to another scam 👀 https://www.oceanwasteplastics.com/press-release

https://www.dr.dk/.../detektor-plastfirma-mistaenkes...

https://www.dr.dk/.../detektor-tidligere-ansatte-anklager...

The press release was made by Pack Tech after some Danish reports investigated them exposing this scam.

We have made several police reports regarding this latest scam carried out by Pack Tech/ ReSea and will continue to push the authorities to prosecute this company.

ReSea claims to have a third party auditing company called the DNV to oversea the plastic collections that were carried out but again this is not the case and the DNV never carried out any physical audit of this company.

Companies like The Hidden Sea , MessyWeekend, Moana Bay Kneipp Worthmore Jewelers True Grace Urban Alley Brewery stubble & 'stache Royal Danish Yacht Club and many others have been ripped off by this company.

Adding oil and netting to dry plastic to make it look like Indonesian fishermen dumped this into the ocean is disgraceful to say the least.

The fishing industry has become a easy target for the environmental industry and the adding of nets to these bags made the collections look like the something you'd expect after watching the fake Netflix documentary seapiracy.

https://www.theguardian.com/.../seaspiracy-netflix...

Oil was added to these bags to generate weight so the plastic tokens could be sold on the Asian blockchain Vechain these tokens were sold internationally after this ripping off dozens of companies. 🤷🤷🤷🤷🤷

Multinational companies like packtech.dk need to come clean and stop these fraudulent acts.

With independent reports backing RIO's claims over and over again we have no choice by to continue to post about this fraudulent company till they publicly come clean.

Again please look at this video please share it and expose this company for trying to make Indonesia look bad.

Indonesian is one amazing country with the most amazing people on this planet, again shame on ReSea trying to make them look bad.

New Zealand Embassy - Jakarta, Indonesia U.S. Embassy - Jakarta, Indonesia Jakarta, Indonesia The Jakarta Post KPU Provinsi DKI Jakarta Pacific Place Jakarta The Jakarta Globe Gen 98.7  fm Jakarta MRT Jakarta Wisata Kota Tua Jakarta DKI Jakarta Shangri-La Jakarta The Japan Foundation, Jakarta Mandarin Oriental, Jakarta Four Seasons Hotel Jakarta Koran Jakarta The Ritz-Carlton Jakarta, Pacific Place Jakarta Rahpooyan Danish Educational & Consultancy Services Royal Danish Yacht Club The Hidden Sea Rico Guerrero Keith Flitner Ilhamsyah Ilhamy  Patrick Murphy Irish Examiner The Irish Post Irish Embassy Jakarta Patrick Mckeown Aristo Purboadji Pariadji Cyber Crime News Cyber Crime, Polda Metro Jaya Cyber Crime POLRI Cyber Crime Europe Danish police CNN International INTERPOL HQ



 **Vitaliy Antyukhin**
Damn, how it came to their head?!
Like · Reply · 10h

 **Kieran Kelly**
**Vitaliy Antyukhin** just a fraudulent company. The world is full of scammers like ReSea
Like · Reply · 1h