# EXHIBIT B



DLA Piper LLP (US)
1900 North Pearl Street
Suite 2200
Dallas, TX 75201-2467
www.dlapiper.com

Marc Daniel Katz
marc.katz@dlapiper.com
T   214.743.4534
F   972.813.6264

Kieran Kelly
Chief Executive Officer
Restoring Integrity To The Oceans
PO Box 700734
San Antonio TX 78270
kkelly@oceansintegrity.com

cc: keith@oceansintegrity.com

October 2, 2021
*VIA E-MAIL*

**RE: Cease and Desist**

Mr. Kelly:

We represent ReSea Project ApS ("ReSea") and write regarding recent false statements Restoring Integrity to the Oceans ("RIO") has made about ReSea.

These false statements accuse ReSea and its local waste bank partners in Indonesia of having dumped waste in illegal dumpsites and of having material other than plastic in ReSea's collections. Obviously, these are serious allegations which go to the core of ReSea's activities. The allegations have been made both in correspondence to ReSea and publicly.  The following is just one example of RIO's tortious statements:



October 2, 2021
Page Two







October 2, 2021
Page Three

On behalf of ReSea, we hereby demand that you immediately remove or correct this post and any similar public statements. We further demand that you cease and desist from making any other false or misleading statements about ReSea.

ReSea's internal investigations have shown that the harmful accusations levied by RIO are entirely false. In your email correspondence dated September 11, 2021, you represented that, "[w]e collected lots of plastic with the last few months that was dumped into the rivers in bales and bags. Hundreds of tons of this plastic is belong to ReSea." However, despite your representation that the ReSea plastic in your possession was "dumped into rivers in bales and bags," ReSea has since confirmed, utilizing the traceability created by ReSea's certified process and blockchain-based tracking system, that RIO actually purchased the plastic at issue from ReSea's local recycling facility.

Specifically, ReSea's investigation of RIO's allegations has shown the following:

1. The plastic waste at issue was delivered to one of ReSea's local waste bank partners;
2. The waste bank has sold the plastic waste received from ReSea to a local recycling facility; and
3. RIO then purchased the plastic from that recycling facility.

In other words, RIO has purchased plastic originally collected by ReSea and is now claiming that it has collected the plastic itself. RIO's public statements are, to say the least, misleading. Moreover, RIO's statements appear to have been made in an effort to damage ReSea's reputation and to interfere with ReSea's existing and potential business relationships.

ReSea has repeatedly asked RIO to provide evidence supporting its accusations. Despite your agreement during initial conversations with ReSea, RIO has refused to provide any examples of the allegedly problematic materials to ReSea and has refused to provide information about the location where these materials were allegedly found.

While we hope that you will correct your past statements and refrain from making any further false statements, you are hereby notified that ReSea reserves the right to seek legal redress relating to RIO's conduct, including but not limited to seeking damages for defamation, tortious interference with ReSea's businesses relationships, and unfair competition.

By this letter, ReSea further demands that RIO preserve all evidence relating to the matters discussed in this letter, including but not limited to email accounts, electronically stored



October 2, 2021
Page Four


information that may be located in personal or business phones (e.g. text messages and all other forms of messages), computers, or portable storage devices.

Sincerely,

**DLA Piper LLP (US)**

/s/ Marc Daniel Katz

Marc Daniel Katz
Partner

MDK: