# EXHIBIT C



RESEA PROJECT. 19.10.2021

# Dear Kieran,

In continuation of our previous correspondence, including the letter from our US attorneys, dated October 2, 2021, I hereby contact you again. The purpose of this letter is to inform you of the wrongful actions from you and the consequences that we are no longer able to avoid.

Since September 2021, you have made a series of allegations, claims and accusations against ReSea. The accusations include dumping plastic, including fishing nets and ropes, overweighing the bags and greenwashing in general.

Every single allegation, you have made, is wrong, harmful and damaging to ReSea, the ocean, the fishermen, the waste banks, the companies interesting in cleaning the ocean, etc.

We have for weeks in numerous ways and in a polite, positive and forthcoming manner asked you for some very simple things, i.e., documentation for your accusations, the possibility to investigate your claims, some concrete examples of evidence, the lab reports you have mentioned that you had, the "hundreds of documents to back your claims", the location of the bags retrieved – or basically anything that would substantiate your posts on social media. However, not one single relevant response to this has come from you. Not one piece of evidence, not a report, no dialogue, no documentation – nothing. Moreover, when we have tried to respond to you or on social media, we can document that you have deleted our answers, reported our information as spam and/or blocked us from your profile(s).

Instead, you have simply continued to post damaging and completely un-documented accusations about us on social media and you are currently tagging our customers.

We cannot accept this.

**Once again, I can inform you of the following:**

- The collection of plastic from the ocean to the waste banks is a process that is certified, tracked and cross-checked by an independent third-party (DNV). Due to the current situation, we have asked DNV to double check every step of the process again. Therefore, DNV has performed extraordinary audits to check that the process is correct – and it is. Our collection process is certified, audited, and traceable and DNV is willing to back us publicly with proof. Furthermore, we continually work to enforce that our waste bank partners are staying compliant with our rules and regulations. It is not that mistakes can't happen. Of course, they can, as we work with humans, but we haven't found examples of any of the things you refer to. We can completely reject your accusations.

- The bags, you claim to be wrongful, have batch numbers on them, which allows us to track the plastic from the collection in the ocean to the waste banks. This has revealed that the bags, you claim to have found dumped, have been delivered correctly at the waste bank – we have proof of this. In fact, you have bought the very bags you show in the video from the waste banks – we have proof of this too.

RESEA PROJECT
Virkeholm 3B
DK 2730 Herlev

—

+45 70 22 40 80
info@reseaproject.com
reseaproject.com



- Your claim that our bags can't weigh more than 6-7 kg if containing plastic waste only is wrong. We have bags much above that weight containing nothing but dry plastic waste which is video documented (weight and the content of the bag).

- Your claim that we/the fishermen adds oil, brand new ropes and brand-new fishing nets is wrong as well. Plastic waste collected in areas of the ocean closer to land with a lot of ships and shipping activities is often oily when collected – we can document this. To add brand new ropes or fishing nets to the bags which you claim, makes no sense at all, as it would be a financial loss to the fishermen to do so. Ropes and fishing nets are much more expensive than the value of the bag with collected plastic waste.

- In our investigations, we have included statements made by RIO concerning RIO's use of recycled plastic, RIOs claims of investments and donations made, RIO's documented use of various uncredited images, videos and poems and the general handling of social media. We will in the coming weeks – along with our US attorneys – investigate this further to clarify any irregularities.

At this point, the allegations made by you are no longer "just" offensive and wrongful and harmful to the important work of protecting the oceans – is it damaging for our reputation, our customers, the local fishermen, DNV, the waste banks, and everyone working with ReSea. Obviously, this is unacceptable. We have sought an amicable dialogue and the chance to clarify any questions or concerns, you might have but clearly, this is of no interest to you or RIO.

In the letter from DLA Piper of 2 October 2021, we informed you that the continued misuse of our name and business and the harmful posting of false allegations would ultimately lead to legal action to protect ReSea from the harm you are doing. Since that letter, we have continued to seek a dialogue but without luck, and unfortunately with an increasing amount of damaging and untrue statements about our company and the work we are doing. As a consequence, we now have no other choice than to initiate legal action in the form of a lawsuit seeking a preliminary injunction and financial damages in federal courts against you and RIO.

We regret that it has come to this but your continued refusal to communicate or back your claims leave us with no other choice. The lawsuit will be based on the wrongdoings and include legal redress relating to RIO's conduct, including but not limited to the seeking of damages for defamation, tortious interference with ReSea's businesses relationships, and the unfair competition, you have caused to our company.

You will hear from our US-attorneys again shortly.

Sincerely,

**Søren Marcussen**
CEO, ReSea Project

RESEA PROJECT
Virkeholm 3B
DK 2730 Herlev

+45 70 22 40 80
info@reseaproject.com
reseaproject.com