# EXHIBIT D

Begin forwarded message:

**From:** "'kkelly@oceansintegrity.com' via Orders@TheHiddenSea.com.au" <orders@thehiddensea.com.au>
**Subject: [Orders - THS] Ocean plastic**
**Date:** 5 January 2022 at 7:57:36 pm AEDT
**To:** orders@thehiddensea.com.au
**Reply-To:** kkelly@oceansintegrity.com

1

| | |
|---|---|
| **Name** | Kieran Kelly |
| **Email** | kkelly@oceansintegrity.com |
| **Subject** | Ocean plastic |
| **Message** | Good evening, Would it be possible to speak to someone within your company regarding the partnership you have with ReSea. I'm sure you don't realise this so called collections are staged, in several ways. |