# Stoli® Honors World Ocean Day Announcing Partnership with ReSea Project to Fight Ocean Plastic Pollution

Sustainability Commitment Leads to "Green-Leaf-Compromiso Ambiental" Accreditation of Fabrica de Tequilas Finos by the Mexican Ministry of Environmental Protection



NEWS PROVIDED BY
**Stoli Group** ➙
Jun 08, 2021, 09:40 ET

NEW YORK, June 8, 2021 /PRNewswire/ -- Stoli Group, the leading global ultra-premium spirits and wines company, celebrated World Ocean Day today with the announcement of a collaboration with ReSea Project to fight ocean plastic pollution. Recognizing that the ocean is our most important eco-system which produces over 50% of the air we breathe, and home to an abundance of life and biodiversity, Stoli is committed to turn the tide by actively removing plastic waste from oceans and rivers through its ocean mission with ReSea Project. Stoli's sustainability efforts have also led to the first accreditation of a distillery with the "Green-Leaf-Compromiso Ambiental" by the Mexican Ministry of Environmental Protection.

Continue Reading




ReSea Project at work

"We, at Stoli, are keenly aware that immediate action must be taken to ensure we have a sustainable planet for future generations," commented Damian McKinney, Global CEO of Stoli Group. "With the recent addition of our Global Sustainability Leader, ReSea Project and recognition of our fully green operations in Mexico, we are making critical progress. As is the Stoli nature, we have aggressive goals to establish the most powerful and sustainable ultra-premium spirits-portfolio. These actions move us closer to the goal line. We believe in building Sustainable Partnership Development Programs to empower the right people to do not only what is right, but what is necessary."

Specifically, every time a consumer buys one bottle of Stoli® at a participating retailer, Stoli funds the removal of 200g (the equivalent of 10 plastic bottles 500ml) from oceans and rivers through the support and collaboration with ReSea Project. The initiative has received support around the world and is kicking off in a first phase partnering with Global Travel Retail. Market activations are also taking shape across North America, Western Europe and Asia with more countries expected to join. Furthermore, using a QR code consumers can access collection data and learn more about the cleanup process and witness the difference made together with ReSea Project.

The "Green-Leaf-Compromiso Ambiental" accreditation of Finos can be attributed to eco-conscious distilling practices. These include 100% of wastewater is treated; 80% of energy supply for operations is sourced from Solar energy; 100% agave remnants, cartons and bottles are recycled; and no toxic Waste (waste separation guarantees adequate disposal of toxic waste). Finos is the 1st distillery to receive the "Green Leaf" Compromiso Ambiental certificate from the Mexican Ministry of Environmental Protection.

To achieve environmental sustainability by 2025, Stoli is reducing carbon emissions across the entire value chain by switching to 100% Electric Vehicle fleets, producing all secondary packaging from renewable materials, ensuring Eco Design Standards are built into every innovation and design, and promoting sustainable agriculture from grain to bottle. At the same time, commitment to gender equality, diversity and inclusion will ensure Stoli maximizes social sustainability performance.

**About Stoli ® Group**

Stoli® Group was established in 2013 and is responsible for the production, management, and distribution of SPI's global spirits portfolio. Mainly known for the Stolichnaya® Vodka brand, Stoli Group has expanded its portfolio in recent years to appeal to premium on-premise and more sophisticated global consumers. Signature brands are: Stoli® Vodka, Elit™ Vodka, Bayou® Rum, Kentucky Owl®, Villa One™, Gator Bite™ Rum Liquers, Cenote™Tequila, Kah™ Tequila and Se Busca™ Mezcal. With a presence across a network of more than 176 markets, Stoli Group works with a passionate team of 200 distributors around the world. Headquartered in Luxembourg, Stoli has production facilities in Russia, Latvia, Spain, Italy, Mexico, Argentina, and the United States some of which are steeped in history as early as the 1900s. For more information, visit stoli-group.com.

**About ReSea Project**

ReSea Project is on a mission to put an end to the ocean plastic crisis and make waves beyond the sea we operate in. Our cleanup solution is community-driven, meaning we employ people in local communities suffering from low-income and plastic mismanagement to recover the plastic that's polluting oceans and rivers. The solution contributes to the circular economy, and contributes to better living conditions the cleanup team and their families, and it helps to raise awareness to stop plastic pollution at its source. For more information, visit www.reseaproject.com.

Contact

Machie Madden/Maureen Landers

machie.madden@landersmadden.com

maureen.landers@landersmadden.com

917/886-4901

SOURCE Stoli Group

Related Links

http://stoli-group.com