📶 Tsel-PakaiMasker 🛜 02:17

**Febri Indonesia**

## 29 Mar 2021

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

Hi Kieran.. I'm Febri, The one that you met last week at the Breeze BSD.                    10:54



10:54

 Tsel-PakaiMasker  02:16 

 **Febri daur Indonesia**  

Hi Kieran.. I'm Febri, The one that you met last week at the Breeze BSD.

10:54



10:54

This is my number   10:54





Tsel-PakaiMasker   02:17

**Febri Indonesia**

10:54

This is my number   10:54



Hey, just watched this documentary last night on netflix. And suddenly it reminded me of you.. 😅

10:55

Let me know for the next clean up in Tanjung Burung.. I'm in

10:55

**Febri Indonesia**
📷 Hey, just watched this documentary last night on netflix. And suddenly it re...




 Tsel-PakaiMasker  02:18 

<  **Febri Indonesia**

### Febri Indonesia

📷 Hey, just watched this documentary last night on netflix. And suddenly it re... 

The newest documentary for the truth behind the destruction of earth's ocean. I am sure you are very aware of this. But you should watch it man.

10:57



< **Kieran Ke...**  ✏ 🔍

**Kieran Kelly**

.ıll Tsel-PakaiMasker 🛜   02:18

**Febri Indonesia**

# Kieran Kelly

"Laughter is timeless, imagination has no age, dreams are forever."
10:58 ✓✓

My Facebook wall   10:58 ✓✓

I'll be making a statement about the Netflix documentary later today
10:58 ✓✓

Some of it is very true
10:58 ✓✓

But not all of it   10:58 ✓✓

I am sure that you know the truth.. since you were working on fishing industry and also you are an ocean activist now..
11:01

**You**

 Tsel-PakaiMasker    02:18   

 **Febri Indonesia**

I am sure that you know the truth.. since you were working on fishing industry and also you are an ocean activist now..

11:01

> **You**
> I'll be making a statement about the Netflix documentary later today

Looking forward to it    11:01

**17 Apr 2021**

Hello my friend   19:50 ✓✓

Any updates   19:50 ✓✓

Hello Keiran, I will do survey on few coastal areas next week with Hani..

20:16

Hopefully in next month can send the plastics to you   20:17



 Tsel-PakaiMasker  02:19

 **Febri Indonesia**

send the plastics to you  20:17

> **Febri Indonesia**
> Hello Keiran, I will do survey on few coastal areas next week with Hani..

Ok let's meet next week and discuss this  21:37 ✓✓

> **You**
> Ok let's meet next week and discuss this

Yap sure  22:03

Let me know when you're free  22:03

**21 Apr 2021**

How's it going Febri  08:25 ✓✓

**22 Apr 2021**

 **Muara Angke**

 Tsel-PakaiMasker  02:19  

 **Febri Indonesia**

**22 Apr 2021**

 **Muara Angke**
★★★★☆ · Pusat
Perbelanjaan · Jl. Muara...
goo.gl

https://goo.gl/maps/
UYWEzkhMzU1CaMxq6

This is my first area for this
Pilot Project
12:21

Please let me know if you
have other places to
recommend
12:21





  

 **Febri indonesia**



12:22

We're planning to visit your site Tomorrow Friday around 3 or 4 PM.. Will you be there?

14:47

Let's do it on Monday I think. I'm getting ready to start cleanup with fishermen tomorrow and over the weekend I promised them I'd join them

14:48 ✓✓

Ohh Sure no problem,, We will come on Monday

14:49



Fantastic

   

 **Febri Indonesia**

come on Monday                14:49

Fantastic  14:50 ✓✓

**You**
Let's do it on Monday I think. I'm getting ready to start cleanup with fishermen tomorrow and over the...

I would like to join the cleanup too if you allow it                14:56

Ok let me send the details
<u>tonight</u>                15:00 ✓✓

I must get from Puspita
15:00 ✓✓

sure my friend.. I will join on the weekend.                15:00

**26 Apr 2021**

Kieran, I heard you are in Bali



Tsel-PakaiMasker   02:20 

  **Febri Indonesia** 

**26 Apr 2021**

Kieran, I heard you are in Bali now?
09:05

We plan to send the plastic waste we've collected to your warehouse within this week
09:21

**Good morning** 10:06 ✓✓

Morning Mate 10:06

Yes I'm in Bali getting a warehouse open for plastic
10:06 ✓✓

> **You**
> Yes I'm in Bali getting a warehouse open for plastic



Cool 10:06



**Febri Indonesia**

open for plastic

Cool 10:06

I'm in Lombok tomorrow
10:07

Jakarta Friday morning
10:07

**Febri Indonesia**
We plan to send the plastic waste
we've collected to your warehouse
within this week

Fantastic 10:08

How many tons 10:08

Look, I can't send you 100%
dry plastic. Those plastic at
my warehouse are in Humid
condition. We packed in in the
sack and let them dry by
themselves. But I can assure
you that it won't be in wet

Febri Indonesia

condition. We packed in in the sack and let them dry by themselves. But I can assure you that it won't be in wet conditions and **All are Plastics**.

10:08

Ok   10:09 ✓✓

> **You**
> How many tons

4 Tons so far.. Let's see how many tons we can add up for today

10:09

Ok very good   10:09 ✓✓

Thank you

Talk later   10:09

Thanks man.. looking forward to meet you again in Jakarta.

 **Febri Indonesia**

Talk later  10:09 ✓✓

Thanks man.. looking forward to meet you again in Jakarta. Let me know..  10:09

One more thing. We can't send you some documentaries of how the fishermen collect the plastics and the situations during clean up yet, Because we buy plastics from them. I haven't participate on some cleanup activities with them so far.

Once I do it with them.. I will take some photos and videos for your documentations.  10:15

Ok but let's try get this in the future  10:15 ✓✓

**Febri Indonesia**

Well done   10:15 ✓✓

> **You**
> Ok but let's try get this in the future

Sure, I will 👍   10:17

**28 Apr 2021**

Good Morning Kieran.   09:00

We already packed some plastics from ocean into sacks. Will you accept it, Kieran?   09:01

↪ Forwarded



 Tsel-PakaiMasker   02:22

 **Febri Indonesia**


09:02

All of them are dry and very solid..
09:03

Yes   10:06 ✓✓

Coolll thanks Kieran    10:15

Just need to hear a confirmation from you that it's okay to send those plastic sacks to your warehouse.
10:27

Cause Pitta only wants to receive the plastics if they are in Ball Pressed condition
10:28

Tsel-PakaiMasker   02:22

**Febri Indonesia**

10:28

I'll call you in a few   11:11

Sure   11:23

30 Apr 2021

Kieran, I Apologize for the inconvenience yesterday.. 🙏 we dried them under the sun for a week. But suddenly it rains at dawn before shipment.   08:52

we will learn from this mistake and will improve our storing facility with roof and tarp.   08:53

1 May 2021

Good morning   10:56

Sorry for the late response



Good morning  10:56 ✓✓

Sorry for the late response  10:56 ✓✓

I've been crazy busy  10:56 ✓✓

No worries man  10:56

I just left the factory  10:57 ✓✓

Yes the plastic is very wet  10:57 ✓✓

Maybe weight is up and stack it in behind the bales  10:57 ✓✓

> **You**
> Yes the plastic is very wet

I am really sorry for that 🙏.  10:58

Let's figure out the water in the bags

 Tsel-PakaiMasker 🔋 02:22

 **Febri Indonesia**  

10:58

Let's figure out the water in the bags
10:58 ✓✓

I want you to get paid also
10:58 ✓✓

> **You**
> I want you to get paid also

I dont mind about this Kieran.. Let's not value those plastics that I sent to you..

We will count for the next shipment, is that ok?
10:59

> **You**
> Let's figure out the water in the bags

Will improve the quality in the next shipment
10:59



 Tsel-PakaiMasker  02:23  

 **Febri Indonesia**

Ok  11:04 ✓✓

**2 May 2021**

**Good evening**  18:37 ✓✓

**Hi Kieran**  18:41

**Let's meet tomorrow at the factory and figure out how to get big volume of plastic**  18:43 ✓✓

**I think by baling this plastic it will squeeze most of the water out**  18:44 ✓✓

> **You**
> Let's meet tomorrow at the factory and figure out how to get big volume of plastic

**Sure.. at your warehouse?**  18:44



 Tsel-PakaiMasker 🛜 **02:23**

<  **Febri Indonesia**  

18:44

Yes sir let's say around <u>noon</u> if that will work 18:45 ✓✓

Okay.. just let me know the exact time tomorrow.. I will come there 👍 18:46

Let's say 12 18:46 ✓✓

**You**
Let's say 12

Ok.. see ya there 18:48

Kieran... Sorry, tomorrow I will be there at <u>2.30pm</u>.. is that ok for you? 22:45

**3 May 2021**

Ok 05:29 ✓✓





**Febri Indonesia**

16:56

🚫 *This message was deleted.*

19:52

🚫 *This message was deleted.*

19:52

? 20:23 ✓✓

That was nothing...
Accidentally sent to you.. 😄
✌️

20:24

Ok buddy 20:24 ✓✓

Hey, tomorrow there will be 2 trip of PET bottles from my friend..

First in the morning.. and then he will send again at <u>noon</u>..

20:25

 **Febri Indonesia**  

Hey, tomorrow there will be 2 trip of PET bottles from my friend..

First in the morning.. and then he will send again at noon..

20:25

The driver will arrive to your warehouse at 6Am tomorrow

20:25

Puspita won't be at the warehouse till 7

20:48 ✓✓

I'll call her now   20:49 ✓✓

It's ok.. the driver will wait till 7

21:11

I will inform them   21:11

**4 May 2021**

 Tsel-PakaiMasker 02:24  

 **Febri Indonesia**

📞 **Missed voice call at 14:18**

📞 **Missed voice call at 14:18**

I will send a truck of Ocean Plastic Waste tomorrow noon at 2PM.   22:13

Honestly, I haven't seen them yet. But please deduct it accordingly. As for now I will say 30%. 🙏   22:16

Tomorrow will be fresh from the ocean.. It will only arrive at my warehouse around 12. So, will let you know the conditions by tomorrow.   22:18

Can you bring a few people to help with it. We will have to bale it i think. It's the only way to get the water out ?   22:24 ✓✓

**Febri Indonesia**

Umm.. ok.. I will discuss with my guy <u>tomorrow morning</u> then I will let u know. 👍👍

22:30

It might be ok   22:32 ✓✓

I have 2 options to suggest:
1. Hang them dry for 1 week at my place, then ship to your warehouse (without bale-ing) **OR**
2. Send them directly after we collect from fishermen, then bale at your warehouse (With my manpower)

You can always deduct the price by 30% for both options. I am cool with that.

Wdyt? I hope Both options

.ıll Tsel-PakaiMasker 📶   02:25

**Febri Indonesia**

Wdyt? I hope Both options seem fine to you   22:49

Kieran, I am very sorry if it seems that I am a bit demanding.   22:49

I am doing efficiency for my side as you know that I buy those plastics from fishermen at Rp500/kg.

As for me, the efficiency of my manpower, warehouse, and logistics will matter the most.   22:50

Let's send it and bale it with your guys   22:51 ✓✓

I think that's the best thing to do   22:52

We're doing this for the sake of clean ocean ✌️ . And I will support your goodwill about this. 💪

22:52

**You**

Let's send it and bale it with your guys

Allright then

22:52

**Febri Indonesia**

We're doing this for the sake of clean ocean ✌️ . And I will support your goodwill about this. 💪

Ok buddy let's do it

22:52 ✓✓

Thanks man 👍😀

22:53



22:54 ✓✓



Tsel-PakaiMasker  02:25

**Febri Indonesia**

22:54

**12 May 2021**

**Good evening** 18:25

Hi Kieran.. Good evening
19:00

**Hon** 20:33

**Hi** 20:33

**Just checking in to see can you deliver plastics first thing Monday morning** 20:34

> **You**
> Just checking in to see can you deliver plastics first thing Monday morning

Sure Will do, Kieran 😃 👍
21:25



 Tsel-PakaiMasker 🛜 **02:26** 

 **Febri Indonesia**

**You**
Hi Buddy, I don't think I can do anything with that either. I'll be in Jakarta in a few day and let's meet...

Alright Kieran... I will come to your warehouse to meet Dicky on tuesday

17:30

I won't be back till Wednesday

17:30 ✓✓

**Febri Indonesia**
Alright Kieran... I will come to your warehouse to meet Dicky on tuesday

Glad to have him onboard on your team.. he's a problem solver guy that provides some solutions for both sides 

17:31



**You**

 

.ıll Tsel–PakaiMasker 🛜 02:26

 **Febri Indonesia** 📹 📞

I won't be back till Wednesday

Let me know once you arrive in Jakarta then 17:32

**Febri Indonesia**
Glad to have him onboard on your team.. he's a problem solver guy that provides some solutions for b...

Puspita for me is good, she keeps things where they need to be. She will manage things and Diki will help her 17:33 ✓✓

**Febri Indonesia**
Let me know once you arrive in Jakarta then

Yes I will for sure 17:33 ✓✓

I'll be looking forward to speaking with you 17:33

**Febri Indonesia**

> **You**
> I'll be looking forward to speaking with you

Looking forward for it Kieran...
Keep in touch then..    17:34

6 Jul 2021

Hi Febri   20:52 ✓✓

8 Jul 2021

↱ *Forwarded*



 Tsel-PakaiMasker  02:27

**Febri Indonesia**  



11:24 ✓✓

Okay, thanks for this info.. Will forward this to them (fishermen).

12:01

They emptied six bags so far all full of stones

12:54 ✓✓