# Christopher M. Karl

| | |
|---|---|
| **From:** | Kieran Kelly <kkelly@oceansintegrity.com> |
| **Sent:** | Saturday, January 22, 2022 4:31 PM |
| **To:** | Christopher M. Karl; Joseph Hoelscher |
| **Cc:** | Grainne Dolan; Keith Flitner; rguerrero@oceansintegrity.com Guerrero |
| **Subject:** | Fwd: Ocean Plastic |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.jpg; image008.jpg |

---------- Forwarded message ----------
From: **Ann Sofie Gade** <asg@reseaproject.com>
Date: Sunday, September 12, 2021
Subject: Ocean Plastic
To: Kieran Kelly <kkelly@oceansintegrity.com>

Hi Kieran,

Hope to receive the coordinates of the location where you have found ReSea bags as soon as possible, and to receive photos and information about the ReSea bags you have in your warehouse tomorrow Monday - so that we can take action on the matter.

Also if I may ask: How have you gotten entry into Indonesia under the current restrictions? We intended to travel to Jakarta already last month but are still held back by the current entry restrictions.

My WhatsApp number is +45 23255626

Best regards

Venlig hilsen / Best regards

Ann Sofie Gade
ReSea Project

> Den 11. sep. 2021 kl. 11.36 skrev Ann Sofie Gade <asg@reseaproject.com>:
>
> Hi Kieran
>
> Noted. Will be awaiting your response on Monday.

Please also send the coordinates of the location where you have found Resea bags, at your earliest convenience - so that we can send our management to inspect the site.

Thank you.

Best regards

<image001.png>

**Ann Sofie Gade**

**Telephone** +45 70 22 40 80
**Direct** +45 23 25 56 26
asg@reseaproject.com

**ReSea Project**
Virkeholm 3B
2730, Herlev

**www.reseaproject.com**

<image002.png> <image003.png> <image004.png>

<image005.jpg>

---

**Fra:** Kieran Kelly <kkelly@oceansintegrity.com>
**Sendt:** 11. september 2021 09:29
**Til:** Ann Sofie Gade <asg@reseaproject.com>
**Emne:** Re: Ocean Plastic

Hi Ann,

The labels are still on the bags, I'll be back in our warehouse on Monday. I'm involved in ocean cleanups for the next few days.

Anyway you guys have a broken link in the chain. We will be more than happy to help recycle ♻ all of it.

Again my WhatsApp number is +62 813 1668 1688

Best regards!

Kieran

On Saturday, September 11, 2021, Ann Sofie Gade <asg@reseaproject.com> wrote:

> Hi Kieran,
>
> This is disturbing news and we will look into the matter.
>
> Will you please send us the coordinates of the location were you have found ReSea bags? Then we will have our local management visit the location and investigate.
>
> Our bags of plastic are labeled so that we can track which waste bank they have been delivered too.
>
> We will be taking immediate action on this.
>
> Best regards
>
> <image001.png>
>
> **Ann Sofie Gade**
>
> **Telephone**  +45 70 22 40 80
> **Direct**         +45 23 25 56 26
> asg@reseaproject.com
>
> **ReSea Project**
> Virkeholm 3B
> 2730, Herlev
>
> www.reseaproject.com
>
> <image002.png> <image003.png> <image004.png>
>
> <image008.jpg>
>
> **Fra:** Kieran Kelly <kkelly@oceansintegrity.com>
> **Sendt:** 11. september 2021 07:39

3

**Til:** Info@reseaproject.com
**Emne:** Ocean Plastic

Good morning from Jakarta.

We need to talk about the dumping of plastic and greenwashing. We collect over 2,675,000 kilos of plastic with the last few weeks. We collect plastic in multiple regions around the world. Mostly with indigenous fishermen in these regions. We collected lots of plastic with the last few months that was dumped into the rivers in bales and bags. Hundreds of tons of this plastic is belong to ReSea. The entire token programs will be badly damaged due to this dumping.

Please reach out on WhatsApp and I can show you this plastic.

Plus for some strange reason oil was added to the bags of plastic after it was collected. This of course is only creating a bigger environmental problem. We're sitting on 20 truck loads of this ReSea plastic.

+62 813 1668 1688

Best regards!

Kieran

--
Kieran Kelly
Chief Executive Officer
Restoring Integrity To The Oceans
PO Box 700734
San Antonio TX 78270
614-800-2165
+62-813-1668-1688
oceansintegrity.com

--
Kieran Kelly
Chief Executive Officer
Restoring Integrity To The Oceans
PO Box 700734
San Antonio TX 78270
614-800-2165
+62-813-1668-1688
oceansintegrity.com



--
Kieran Kelly
Chief Executive Officer
RIO - Ocean Integrity
Tangerang Indonesia
+1-614-800-2165
+62-813-1668-1688 WhatsApp
oceansintegrity.com