# EXHIBIT B

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TEXAS
 2              SAN ANTONIO DIVISION
 3  RESEA PROJECT APS      )
                           )
 4       Plaintiff,        )
                           ) CIVIL ACTION
 5  v.                     ) 5:21-cv-01132
                           )
 6  RESTORING INTEGRITY TO )
    THE OCEANS, INC. AND   )
 7  KIERAN KELLY           )
                           )
 8       Defendants.       )
 9
10
11
12      TRANSCRIPTION OF VIDEO RECORDED STATEMENT
13                  OF KIERAN KELLY
14      TAKEN FROM RIO OCEAN INTEGRITY FACEBOOK POST
15                  JANUARY 21, 2022
16
17
18
19
20
21               DISCLAIMER
22  The transcription and translation of the contents of
    this digital file recorded material are based upon the
23  recording as heard on the particular electronic
    equipment used, the quality of the recording provided,
24  the speaking speed, and the content of the conversation
    as understood by the reporter.  Furthermore, proper
25  names were spelled phonetically.
            THE VIDEOGRAPHER:  Okay.
```

Page 2

 1        MR. KELLY:  A couple of months back, we
 2  called out a company -- an environmental company called
 3  ReSea.  ReSea -- the ReSea project is a Danish
 4  environmental company.
 5        The ReSea project was set -- was set up to
 6  retrieve plastic from our ocean and to help make our
 7  ocean and -- and our eco system a lot cleaner and a lot
 8  healthier by doing so.  Behind me here is many, many
 9  bags belonging to ReSea, bags that they collected, bags
10  that they collected and they put on the blockchain -- a
11  blockchain company called VeChain.
12        VeChain are a massive international
13  blockchain.  And the auditing for this entire process
14  was done by a massive third-party auditing company
15  called the DNV.  The DNV promised to oversee these
16  collections of plastic and to make sure that this
17  plastic was going to be handled correctly and, of
18  course, that it wasn't going to be a problem plastic
19  after collections.
20        ReSea turned to the business world and
21  companies from all over the world, a lot of companies in
22  Australia and Europe and so on and so forth.  I'll read
23  out a list of those companies here shortly.  Those
24  companies bought into the whole spiel coming from the
25  DNV and coming from ReSea regarding how this whole thing

Page 3

 1  was going to go down, but, of course, that didn't
 2  happen.
 3        The DNV said that they -- they work on
 4  trust, trust is the most important thing for them and,
 5  of course, that's true.  Trust is really, really
 6  important.  Without trust in business and in life, you
 7  really have nothing.  But, again, like -- that failed.
 8  Greed came into it and, of course, the plastic wasn't
 9  handled correctly.  The plastic was collected, was
10  tokenized.  Companies all over the world paid for these
11  tokens and we ended up with 2- or 300,000 kilos of this
12  plastic.
13        The companies that took part in this that
14  were duped by ReSea, a lot of companies, Compete
15  Impossible, Information, MessyWeekend, Stoli, Rockay,
16  Eva Solo, Worthmore, FlooringSuperstore.com, Urban Alley
17  Brewery, Melbourne, Simple Goods, Nordic Oil, Royal
18  Danish Yacht Club, Yellow Lids, Readers Copen --
19  Copenhagen, Kingfish, just to mention a few.
20        One of the companies I feel sorry for --
21  again, another one of these companies that got duped
22  by -- by ReSea and by DNV was the Hidden Sea, a wine
23  company there in Australia.  It's a great company and,
24  of course, they bought into this themselves.  They got
25  caught by the DNV and they got caught by ReSea.

Page 4

 1        So they -- they promised like, you know,
 2  their -- on their -- on their marketing, for every
 3  bottle of wine or whatever they sell -- or case of wine
 4  that a hundred bottles will be pulled out of the ocean.
 5  Again, that was completely misleading also, not -- not
 6  by them but by the people that said they actually can do
 7  that.
 8        Less than 1 percent of the plastic you'll
 9  see in the ocean, a lot less than that is actually
10  plastic bottles.  Well, for the most part, it's
11  single-use plastic, plastic bags, so on and so forth.
12  All these companies got caught by ReSea and the DNV and
13  it's -- it's a pity and one -- the damage it does to the
14  environmental space, of course, is broken and, again,
15  the reputation of -- of all these companies.
16        Also, I guess, you know, it's time for
17  companies to -- to look -- I guess reflect and look
18  carefully at where they're getting their offsets if --
19  if that's the thing that they're using in their -- in
20  their business model.  That's definitely important.
21        Again, as you can see behind me, it's a
22  broken problem.  One of the biggest problems we saw
23  like, you know, with plastic waste that was -- that came
24  from ReSea after collections was the amount of oil that
25  was on the plastics, bags of plastic that they -- that

Page 5

1  they weighed to increase the kilos of plastic they were
2  actually pulling from the water.
3           It was weighed wet with lots of added oil,
4  heavy oil.  A bag of plastic that should weigh five,
5  seven kilos max was weighing anywhere as high as
6  40 kilos.  Again, when we spoke with ReSea about this,
7  they said, "Well, you know, there's a lot of plastic in
8  the oil -- or a lot of oil in the harbor at times and,
9  of course, that's going to make its way into the bags,"
10 again to find out, you know, it's hilarious for them
11 even to come up with a reply like that.
12          One of the other problems that we saw
13 inside the bags again that pushed me, I guess, like, you
14 know, to push so hard back against the likes of ReSea
15 was the amount of netting that they put into the bags,
16 small pieces of netting that were chopped up and put
17 into each bag.  You can see where the netting was cut
18 with a knife.  You can also see that, again, the -- a
19 lot of this netting was fairly new.
20          The fishermen in this region, this part of
21 the world are extremely poor.  They definitely don't
22 dump netting.  To try and paint a picture and say that
23 Indonesian people and Indonesian fishermen are
24 responsible for this is downright disgraceful.  The
25 people here in -- especially inside these fishing

Page 6

1  communities, they've been completely decimated with
2  plastic waste.  They see it every day.  They work hard
3  to try and make our communities better and try and solve
4  the problem of plastic waste.  And, again, for ReSea to
5  target them is absolutely disgusting.
6           Thank you.
7           (End of recording)

Page 7

1  THE STATE OF TEXAS )
2  COUNTY OF HARRIS   )
3
4           I, Diana Ramos, Certified Shorthand
5  Reporter in and for the State of Texas, do hereby
6  certify that the above and foregoing is a correct
7  transcription from the video recording provided to me in
8  the aforementioned matter, taken down by me in machine
9  shorthand and later reduced to typewritten form to the
10 best of my ability.
11          Certified to by me this 26th day of
12 January, 2022.
13
14          *Diana Ramos*
            _____
            Diana Ramos, CSR
15          CSR No. 3133, Expires 1-31-2023
            Lexitas
16          Firm Registration No. 95
            13101 Northwest Freeway, Suite 210
17          Houston, Texas  77040
            (281) 469-5580

Page 8

## 1

**1**  4:8

## 2

**2-**  3:11
**2022**  1:15
**21**  1:15

## 3

**300,000**  3:11

## 4

**40**  5:6

## 5

**5:21-cv-01132**  1:5

## A

**absolutely**  6:5
**ACTION**  1:4
**added**  5:3
**Alley**  3:16
**amount**  4:24 5:15
**ANTONIO**  1:2
**APS**  1:3
**auditing**  2:13,14
**Australia**  2:22 3:23

## B

**back**  2:1 5:14
**bag**  5:4,17
**bags**  2:9 4:11,25 5:9,13,15

**based**  1:22
**belonging**  2:9
**biggest**  4:22
**blockchain**  2:10,11,13
**bottle**  4:3
**bottles**  4:4,10
**bought**  2:24 3:24
**Brewery**  3:17
**broken**  4:14,22
**business**  2:20 3:6 4:20

## C

**called**  2:2,11,15
**carefully**  4:18
**case**  4:3
**caught**  3:25 4:12
**chopped**  5:16
**CIVIL**  1:4
**cleaner**  2:7
**Club**  3:18
**collected**  2:9,10 3:9
**collections**  2:16,19 4:24
**communities**  6:1,3
**companies**  2:21,23,24 3:10,13,14,20,21 4:12,15,17
**company**  2:2,4,11,14 3:23
**Compete**  3:14
**completely**  4:5 6:1
**content**  1:24
**contents**  1:22
**conversation**  1:24
**Copen**  3:18

**Copenhagen**  3:19
**correctly**  2:17 3:9
**couple**  2:1
**COURT**  1:1
**cut**  5:17

## D

**damage**  4:13
**Danish**  2:3 3:18
**day**  6:2
**decimated**  6:1
**Defendants**  1:8
**digital**  1:22
**DISCLAIMER**  1:21
**disgraceful**  5:24
**disgusting**  6:5
**DISTRICT**  1:1
**DIVISION**  1:2
**DNV**  2:15,25 3:3,22,25 4:12
**downright**  5:24
**dump**  5:22
**duped**  3:14,21

## E

**eco**  2:7
**electronic**  1:23
**end**  6:7
**ended**  3:11
**entire**  2:13
**environmental**  2:2,4 4:14
**equipment**  1:23
**Europe**  2:22



**Eva**  3:16

**extremely**  5:21

---
**F**
---

**FACEBOOK**  1:14

**failed**  3:7

**fairly**  5:19

**feel**  3:20

**file**  1:22

**find**  5:10

**fishermen**  5:20,23

**fishing**  5:25

**Flooringsuperstore.com**  3:16

---
**G**
---

**Goods**  3:17

**great**  3:23

**Greed**  3:8

**guess**  4:16,17 5:13

---
**H**
---

**handled**  2:17 3:9

**happen**  3:2

**harbor**  5:8

**hard**  5:14 6:2

**healthier**  2:8

**heard**  1:23

**heavy**  5:4

**Hidden**  3:22

**high**  5:5

**hilarious**  5:10

**hundred**  4:4

---
**I**
---

**important**  3:4,6 4:20

**Impossible**  3:15

**increase**  5:1

**Indonesian**  5:23

**Information**  3:15

**inside**  5:13,25

**INTEGRITY**  1:6,14

**international**  2:12

---
**J**
---

**JANUARY**  1:15

---
**K**
---

**KELLY**  1:7,13 2:1

**KIERAN**  1:7,13

**kilos**  3:11 5:1,5,6

**Kingfish**  3:19

**knife**  5:18

---
**L**
---

**Lids**  3:18

**life**  3:6

**likes**  5:14

**list**  2:23

**lot**  2:7,21 3:14 4:9 5:7,8,19

**lots**  5:3

---
**M**
---

**make**  2:6,16 5:9 6:3

**marketing**  4:2

**massive**  2:12,14

**material**  1:22

**max**  5:5

**Melbourne**  3:17

**mention**  3:19

**Messyweekend**  3:15

**misleading**  4:5

**model**  4:20

**months**  2:1

---
**N**
---

**names**  1:25

**netting**  5:15,16,17,19,22

**Nordic**  3:17

---
**O**
---

**ocean**  1:14 2:6,7 4:4,9

**OCEANS**  1:6

**offsets**  4:18

**oil**  3:17 4:24 5:3,4,8

**oversee**  2:15

---
**P**
---

**paid**  3:10

**paint**  5:22

**part**  3:13 4:10 5:20

**people**  4:6 5:23,25

**percent**  4:8

**phonetically**  1:25

**picture**  5:22

**pieces**  5:16

**pity**  4:13

**Plaintiff**  1:4



**plastic**  2:6,16,17,18 3:8,9,12 4:8,10,11,23,25 5:1,4,7 6:2,4
**plastics**  4:25
**poor**  5:21
**POST**  1:14
**problem**  2:18 4:22 6:4
**problems**  4:22 5:12
**process**  2:13
**project**  1:3 2:3,5
**promised**  2:15 4:1
**proper**  1:24
**provided**  1:23
**pulled**  4:4
**pulling**  5:2
**push**  5:14
**pushed**  5:13
**put**  2:10 5:15,16

### Q

**quality**  1:23

### R

**read**  2:22
**Readers**  3:18
**recorded**  1:12,22
**recording**  1:23 6:7
**reflect**  4:17
**region**  5:20
**reply**  5:11
**reporter**  1:24
**reputation**  4:15
**Resea**  1:3 2:3,5,9,20,25 3:14,22,25 4:12,24 5:6,14 6:4

**responsible**  5:24
**RESTORING**  1:6
**retrieve**  2:6
**RIO**  1:14
**Rockay**  3:15
**Royal**  3:17

### S

**SAN**  1:2
**Sea**  3:22
**sell**  4:3
**set**  2:5
**shortly**  2:23
**Simple**  3:17
**single-use**  4:11
**small**  5:16
**Solo**  3:16
**solve**  6:3
**space**  4:14
**speaking**  1:24
**speed**  1:24
**spelled**  1:25
**spiel**  2:24
**spoke**  5:6
**STATEMENT**  1:12
**STATES**  1:1
**Stoli**  3:15
**system**  2:7

### T

**target**  6:5
**TEXAS**  1:1
**thing**  2:25 3:4 4:19

**third-party**  2:14
**time**  4:16
**times**  5:8
**tokenized**  3:10
**tokens**  3:11
**transcription**  1:12,22
**translation**  1:22
**true**  3:5
**trust**  3:4,5,6
**turned**  2:20

### U

**understood**  1:24
**UNITED**  1:1
**Urban**  3:16

### V

**Vechain**  2:11,12
**VIDEO**  1:12

### W

**waste**  4:23 6:2,4
**water**  5:2
**weigh**  5:4
**weighed**  5:1,3
**weighing**  5:5
**WESTERN**  1:1
**wet**  5:3
**wine**  3:22 4:3
**work**  3:3 6:2
**world**  2:20,21 3:10 5:21
**Worthmore**  3:16



**Y**

**Yacht**  3:18

**Yellow**  3:18