UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RESEA PROJECT APS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-21-CA-1132-JKP (HJB) |
| | § | |
| RESTORING INTEGRITY TO THE | § | |
| OCEANS, INC. and KEIRAN KELLY, | § | |
| | § | |
| Defendants. | § | |

**ORDER CANCELLING
INITIAL PRETRIAL CONFERENCE**

In light of the Motion for Preliminary Injunction, Expedited Discovery, and Entry of Protective Order pending before Judge Pulliam, (*see* Docket Entry 16), and the parties' Agreed Order on Expedited Discovery (Docket Entry 23), it is hereby **ORDERED** that the Telephonic Initial Pretrial Conference ("IPC") scheduled for February 25, 2022, is **CANCELLED**.

The IPC will be reset at a later date.

**SIGNED** on February 7, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge