UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RESEA PROJECT APS,**

   *Plaintiff*,

v.　　　　　　　　　　　　　　　　　　Case No. SA-21-CV-1132-JKP-HJB

**RESTORING INTEGRITY TO THE OCEANS, INC. and KIERAN KELLY,**

   *Defendants*.

## ORDER REGARDING EXHIBIT

Plaintiff filed a motion on January 20, 2022. It withheld Exhibit A-4 as a confidential document and indicated that it would file a sealing motion under the local rules after entry of a protective order. The Court conducted a motion hearing on January 28, 2022. At the hearing, counsel for Plaintiff indicated that Plaintiff would submit the document in camera or under seal. The Court thereafter issued an Agreed Order on Expedited Discovery and a Confidentiality and Protective Order. To date, Plaintiff has neither moved to file the document under seal nor submitted it for in camera review. The Court hereby **DIRECTS** Plaintiff to do one of those options forthwith.

**IT IS SO ORDERED this 16th day of February 2022.**

**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**