UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RESEA PROJECT APS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-21-CA-1132-JKP (HJB) |
| RESTORING INTEGRITY TO THE OCEANS, INC. and KEIRAN KELLY, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Plaintiff's Emergency Motion to (a) Schedule Status Conference Regarding Spoliation by Defendants and (b) Reset Plaintiff's Discovery Deadlines. (Docket Entry 47.) Pretrial matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 9.)

It is hereby **ORDERED** that Defendants must respond to Plaintiff's motion (Docket Entry 47) **on or before April 29, 2022.**

**SIGNED** on April 25, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge