# EXHIBIT A

**From:** Kieran Kelly <kkelly@oceansintegrity.com>
**Subject: Greenwashing**
**Date:** 15 June 2022 at 7:31:40 am GMT-4
**To:** Justin Moran <justin@thehiddensea.com.au>

Hi Justin,

I'm emailing you regarding a illegal matter we have surrounding the ReSea project, could you please advise a good date that we can take a deposition from you ?

We will be looking for all Financial transactions between pack tech, ReSea and the hidden sea wine company.

--
Kieran Kelly
Chief Executive Officer
RIO - Ocean Integrity
Tangerang Indonesia
+1-614-800-2165

+62-813-1668-1688 WhatsApp
oceansintegrity.com