

# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued as the mandate on Mar 12, 2025

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

**FILED**
MAR 12 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States Court of Appeals
Fifth Circuit
**FILED**
February 18, 2025
Lyle W. Cayce
Clerk

No. 24-50997

ReSea Project ApS,

        *Plaintiff—Appellee,*

versus

Kieran Kelly,

        *Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-1132 —JKP

## UNPUBLISHED ORDER

Before Stewart, Haynes, and Higginson, *Circuit Judges.*

Per Curiam:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment.

    In this case, the district court entered a default judgement in favor of Plaintiff and issued a permanent injunction on September 24, 2024.

No. 24-50997

Therefore, the final day for filing a timely notice of appeal was October 24, 2024. Defendant's *pro se* notice of appeal was filed on December 12, 2024. When set by statute, the time limitation for filing a notice of appeal in a civil case is jurisdictional. *Hamer v. Neighborhood Hous. Servs. of Chi.*, 583 U.S. 17, 19 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *United States v. Garcia-Machado*, 845 F.2d 492, 493 (5th Cir. 1988).

Accordingly, the appeal is DISMISSED for want of jurisdiction.